IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-20340
Summary Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

ERNESTO SANCHEZ-GUITERREZ,

                                        Defendant-Appellant.
                    --------------------
        Appeal from the United States District Court
             for the Southern District of Texas
                   USDC No. H-00-CR-762-1
                    --------------------
                    December 27, 2001
Before JOLLY, DAVIS and STEWART, Circuit Judges.

PER CURIAM:[*]

    The Federal Public Defender appointed to represent Ernesto
Sanchez-Guiterrez has moved for leave to withdraw and has filed a
brief as required by Anders v. California, 386 U.S. 738 (1967).
Sanchez has been provided a copy of counsel's brief and motion
but has not filed a response.  Our independent review of
counsel's Anders brief and the record discloses no nonfrivolous
issue for appeal.  Accordingly, counsel's motion for leave to
withdraw is GRANTED, counsel is excused from further
responsibilities herein, and the APPEAL IS DISMISSED.  5th Cir.
R. 42.2.

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.